| | AUSA: | Barrington Wilkins | Telephone: (313) 226-9621 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: | Michael Post | Telephone: (313) 234-4000 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
  v.

Anthony Bolton

Case No. 2:26-mj-30174

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 27, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Michael Post
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ April 1, 2026 _____

City and state: _ Detroit, MI _____

_____
*Judge's signature*

Elizabeth A. Stafford   U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Post, being first duly sworn, depose and state follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Task Force Officer (TFO) assigned to the United States Drug Enforcement Administration (DEA), having been sworn as such since December 2016. I am employed by the Waterford TWP Police Department and has been since November 2001. Prior to Waterford TWP Police, I was employed by the Village of Beverly Hills DPS since January 1996. I have participated in many investigations involving the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. I have attended schools and have been instructed in many aspects of narcotic investigations and is familiar with the laws promulgated under Title 21 of the United States Code.

2. The facts contained in this affidavit are based on my review of information provided to me by other law enforcement agents, witnesses, and individuals with knowledge of this matter as well as my

investigation and review of records and documents. The information provided below is for the limited purpose of obtaining the requested criminal complaint and does not contain all details or all facts of which I am aware of involving this investigation.

3. This affidavit is made in support of an application for a criminal complaint and warrant to arrest Anthony BOLTON, Date of Birth: XX/XX/1953, for evidence of violations of Title 21, United States Code, Section 841(a)(1) and 846, possession with intent to distribute and conspiracy to distribute controlled substances.

## SUMMARY OF INVESTIGATION

4. On January 22, 2026, DEA Detroit Group 7 members and Detroit United States Postal Inspection Service, (USPIS), interdicted a USPS Priority Mail parcel, hereafter referred to as "SUBJECT PARCEL," at the Allen Park, MI Postal Annex.  The SUBJECT PARCEL was a white cardboard box affixed with a USPS Priority mail label with tracking number 9505513809806020747670, addressed to "Janice Simmons, xxxx Moss Street, Highland Park, MI 48203, (SUBJECT ADDRESS)", with a return address of "Marina Pacheco, xxxx Worthington Street, Spring Valley, CA 91977".  The SUBJECT PARCEL was mailed on January 20, 2026, from Spring Valley, CA.

5. Pursuant to further investigation, including a positive alert by a certified and trained narcotics detection canine, on January 22, 2026, a federal search warrant was obtained and executed for the opening of the SUBJECT PARCEL.  During the execution of the search warrant, investigators discovered 3 separate fentanyl bricks, totaling approximately 1020 grams in weight.  The bricks were wrapped in clear and green cellophane, as well as tin foil.



**(Photograph of SUBJECT PARCEL and seized fentanyl)**

6. Postal Inspectors also discovered this was the third parcel sent to the SUBJECT ADDRESS, from the same source area in California since November 2025.

## CONTROLLED DELIVERY OF SUBJECT PARCEL

7. On January 23, 2026, a federal anticipatory search warrant was granted for the SUBJECT ADDRESS. The federal anticipatory search warrant authorized the use of a global positioning system ("GPS") and

an electronic signaling device designed to aid and alert investigators of the location along with determining if the SUBJECT PARCEL was opened and/or moved. The electronic signaling device does not transmit voice, only different tones to alert law enforcement officers that the device is working, is moving, and when the SUBJECT PARCEL is opened.

8. On January 27, 2026, USPIS and DEA Detroit Group 7 executed a controlled delivery of the SUBJECT PARCEL at the SUBJECT ADDRESS.  At 11:19 AM, the SUBJECT PARCEL was delivered by an undercover, (UC), Postal Inspector.  At 12:59 PM, a black Nissan Pathfinder arrived at the SUBJECT ADDRESS, at which time, the front seat passenger, later identified as Anthony BOLTON, exited the Pathfinder with a leaf blower, walked up the porch, and retrieved the SUBJECT PARCEL from the front porch.  As Anthony BOLTON was walking back to the Pathfinder with the SUBJECT PARCEL, USPIS and DEA Group 7 Agents/Officers moved in and subsequently arrested the driver of the Pathfinder, Izn BOLTON, and his father, Anthony BOLTON.  Anthony BOLTON dropped the SUBJECT PARCEL immediately upon observing investigators.  The SUBJECT PARCEL was located on the front lawn where Anthony BOLTON

was taken into custody. Izn BOLTON and Anthony BOLTON were placed in the rear of a Hamtramck Police Cruiser awaiting transport to the Hamtramck Police Department for processing and interviews.

9.   Based upon my training and experience, and knowledge of wholesale versus retail price of fentanyl, the potential street value of the approximate 1,020 grams seized would be hundreds of thousands of dollars, and as such, the attempted possession of the fentanyl is indicative of possession with the intent to further distribute.

10. Based upon the foregoing, there is probable cause to believe Anthony BOLTON has knowingly violated Title 21, United States Code, Sections 841(a)(1) and 846, attempted possession with intent to distribute and conspiracy to distribute controlled substances. Accordingly, this Affiant respectfully requests that this Court issue a complaint and arrest warrant.

Respectfully submitted,

Michael Post,
Task Force Officer DEA Detroit

Sworn to in my presence and/or
by reliable electronic means
this __1st__ day of __April__ 2026.

Hon. Elizabeth A. Stafford
United States Magistrate Judge,
Eastern District of Michigan